THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL CASE NO. 3:13-cv-00286-MR
CRIMINAL CASE NO. 3:01-cr-00210-MR-3

| | | |
|---|---|---|
| **SILAS THOMAS KING,** | ) | |
| Petitioner, | ) | |
| vs. | ) | **O R D E R** |
| **UNITED STATES OF AMERICA,** | ) | |
| Respondent. | ) | |

**THIS MATTER** is before the Court on the Petitioner's Motion to Reconsider Denial of § 2255 Petition Pursuant to Fed. R. Civ. P. 60(b)(6). [Doc. 9].

Upon review of the Petitioner's motion, the Court finds no basis in law to reconsider its prior Order dismissing the Petitioner's motion to vacate as untimely.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Petitioner's Motion to Reconsider [Doc. 9] is **DENIED**.

**IT IS SO ORDERED**.

Martin Reidinger
United States District Judge